**DISMISS; and Opinion Filed August 5, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01012-CV

### IN RE REGINALD NOBLE, Relator

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F00-50025-K**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Before the Court is relator's petition for writ of mandamus naming his trial counsel as respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over relator's attorney. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

131012F.P05